JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| JOHN ERNEST DADE, | Case No. CV 24-09800-JGB (AS) |
|               Petitioner, | **JUDGMENT** |
|     v. | |
| WARDEN B. BIRKHOLZ, | |
|               Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed with prejudice.

DATED: June 18, 2025

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE